No. 86-346. KAUFMAN *v.* BERKMAN, RUSLANDER, POHL, LIEBER & ENGEL ET AL. C. A. 3d Cir. Certiorari denied.

No. 86-383. PACIFICO CREATIVE SERVICE, INC., DBA JALPAK, ET AL. *v.* HENNEGAN ET AL. C. A. 9th Cir. Certiorari denied.

No. 86-398. GEBRAYEL *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 86-413. SIKES ET AL. *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 86-429. BLOCH *v.* MOUNTAIN MISSION SCHOOL, INC., ET AL. C. A. 4th Cir. Certiorari denied.

No. 86-432. MILLER *v.* MERIT SYSTEMS PROTECTION BOARD. C. A. Fed. Cir. Certiorari denied.

No. 86-5009. SPENCE *v.* TOOLE. C. A. 11th Cir. Certiorari denied.

No. 86-5068. DAVIS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 86-5094. CARTER *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 86-5281. BURKS *v.* ALABAMA. Sup. Ct. Ala. Certiorari denied.

No. 86-5283. BENNETT *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 86-5285. HEMPHILL *v.* OHIO. C. A. 6th Cir. Certiorari denied.

No. 86-5294. CLANTON *v.* DUTTON, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 86-5295. RYDER *v.* JESSUP & BEECHER ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 86-5298. JIMENEZ *v.* TEXAS DEPARTMENT OF CORRECTIONS ET AL. C. A. 5th Cir. Certiorari denied.